RAYMOND OLSTZA ET AL. *v.* ROBERT H. FENTON ET AL.
(7091)

BORDEN, SPALLONE and DALY, Js.

Argued May 4—decision released June 16, 1989

*Richard A. Fuchs,* for the appellants (plaintiffs).

*Agnes M. Cahill,* with whom, on the brief, was *Michael P. Del Sole,* for the appellees (defendants).

PER CURIAM. The plaintiffs have appealed from the judgment rendered in favor of the defendants in this medical malpractice action. The sole issue raised is whether the trial court correctly charged the jury on the foreseeability of harm. The charge given by the trial court in this case comports with the charge on foreseeability of harm approved by our Supreme Court in *Pisel* v. *Stamford Hospital,* 180 Conn. 314, 331–32, 430 A.2d 1 (1980).

There is no error.